UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA MOORHEAD,

   Plaintiff,

-vs-

WHETSTONE PARTNERS, LLC,
d/b/a ETITLELOAN,

   Defendant.

_____/

CASE NO.: 6:15-cv-91-Orl-31DAB

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

 - Melissa Moorhead (Plaintiff);

 - Amanda J. Allen, Esquire (Counsel for Plaintiff);

 - Morgan and Morgan, P.A. (Plaintiff's law firm)

 - WHETSTONE PARTNERS, LLC. (Unknown if publicly traded);

 - ETITLE LOAN (Unknown if publicly traded);

 - Unknown (Counsel for Defendant);

 - Unknown (Law firm for Defendant).

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 - None known.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Melissa Moorhead.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Date: February __9th__, 2015

/s/ Amanda Allen
Amanda Allen, Esquire
Florida Bar #: 0098228
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
AAllen@ForThePeople.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Amanda Allen, hereby certify that on February 9th, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to: All counsel of record.

*/s/ Amanda Allen*
Amanda Allen, Esquire
Florida Bar #: 0098228