UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA MOORHEAD,

   Plaintiff,

-vs-                                             CASE NO.:  6:15-CV-91-ORL-31DAB

WHETSTONE PARTNERS, LLC,
d/b/a ETITLELOAN,

   Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

     **COMES NOW** the Plaintiff, Melissa Moorhead, and the Defendant, Whetstone Partners, LLC d/b/a eTitle Loans, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this __4th__ day of ____March____, 2015.


| | |
|---|---|
| */s/ Amanda J. Allen* | */s/ James B. Flanigan* |
| Amanda Allen, Esquire | James Flanigan, Esquire |
| Morgan & Morgan, Tampa, P.A. | Tripp Scott, PA |
| One Tampa City Center | 110 S.E. 6th Street, 15th FL |
| Tampa, FL 33602 | Fort Lauderdale, FL 33301 |
| Tele: (813) 223-5505 | Tele: (954) 525-7500 |
| Fax: (813) 223-5402 | Fax: (954) 761-8475 |
| AAllen@ForThePeople.com | jbf@trippscott.com |
| Florida Bar#: 0098228 | Florida Bar#: 98399 |
| Attorney for Plaintiff | Attorney for Defendant |